**No. 67047.**—G. Hirsch Sons, Inc., et al. *v.* United States, protests 58/2917, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiffs was sustained.

**No. 67048.**—Steinmetz Bros., Inc., and C. B. S. Imports Corp. *v.* United States, protests 61/12768 and 61/20757 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cotton shirts, not knit or crocheted and not composed in any part of tucking, the claim of the plaintiffs was sustained.

**No. 67049.**—Carson M. Simon & Co. *v.* United States, protest 61/2502 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles having as an essential feature an electrical element or device, not suitable for controlling electrical energy, the claim of the plaintiff was sustained.

**No. 67050.**—Lang & Marshall Co., Inc., et al. *v.* United States, protests 283336–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of bench vises similar in all material respects to those the subject of Abstract 59420, the claim of the plaintiffs was sustained.